**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LENNON IMAGE TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. _____ |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| FOREVERMARK US, INC. and | § | |
| DE BEERS DIAMOND JEWELLERS US, INC., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Lennon Image Technologies, LLC hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Lennon Image Technologies, LLC is a Texas Limited Liability Company and does not have a parent corporation or any publicly held corporation which owns 10% or more of its stock.

Dated: July 16, 2012

By: */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

**ATTORNEYS FOR PLAINTIFF**
**LENNON IMAGE TECHNOLOGIES, LLC**